NUMBER 13-02-451-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

___________________________________________________________________

 

PHILLIP
SENSINGER,                                                             Appellant,

 

                                                   v.

 

MARY
JANE SENSINGER,                                                       Appellee.

___________________________________________________________________

 

                        On appeal from the 347th District Court 

                                  of Nueces County, Texas.

___________________________________________________________________

 

                          MEMORANDUM OPINION

 

                 Before Justices
Rodriguez, Castillo, and
Kennedy[1]

                                       Opinion Per Curiam

 








Appellant, PHILLIP
SENSINGER, perfected an appeal from a judgment entered by the 347th
District Court of Nueces County, Texas, in cause number 01-0419-H.   After the
record was filed, the parties filed a joint motion to reverse and remand.  In the motion, the parties state that a
successful mediation was reached resolving all matters in controversy made the
subject of this litigation.  The parties
request that this court reverse and remand these proceedings to the trial court
with instructions for the trial court to vacate its prior judgment of May 15,
2002, and enter judgment in accordance with the mediated settlement agreement.

The Court, having
examined and fully considered the documents on file and  the parties= joint motion, is of
the opinion that the motion should be granted. 
The joint motion is granted, and the judgment of the trial court is
hereby REVERSED and the cause is REMANDED to the trial court in accordance with
the parties= mediated settlement
agreement.  

PER CURIAM

 

Opinion delivered and filed this

the 9th
day of January, 2003.

 

 











[1]Retired
Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov=t Code
Ann. ' 74.003 (Vernon 1998).